ASCENSION LAW GROUP
PAMELA TSAO (266734)
12341 Newport Ave., Suite B200
North Tustin, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff Ngoc Lam Che

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

NGOC LAM CHE, an individual

Plaintiff,

vs.

BANK OF AMERICA, NATIONAL ASSOCIATION;

Defendants.

Case No.: 5:24-cv-06732-VKD

**NOTICE OF CONDITIONAL SETTLEMENT**

[Hon. Virginia K. DeMarchi presiding]

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

In accordance with Local Rule 16-15.7, Plaintiff hereby submits the Notice of Settlement to notify the Court that the above entitled action has been settled. The Parties have agreed to a settlement in principle but have not yet reduced the material terms into writing. Plaintiff will file a dismissal within 60 days. The court shall retain jurisdiction over the parties to enforce the terms of the settlement.

ASCENSION LAW GROUP, PC

DATE: December 13, 2024

/s/ Pamela Tsao

Pamela Tsao, attorney for Plaintiff

Ngoc Lam Che